*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Valentin T Kouatchoua : Case No. 17–18604–mdc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , April 27,2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                        By The Court

                                        Magdeline D. Coleman
                                        Judge , United States Bankruptcy Court